IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NORMAN TYRONE SANKS,

    Appellant,

v.

                                     Case No.  5D23-1939
                                     LT Case No. 2016-CF-1205
                                              2016-CF-1206

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed July 25, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
R. Lee Smith, Judge.

Norman Tyrone Sanks, Lake Butler,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

    AFFIRMED. See Fla. R. App. P. 9.315(a).

EDWARDS, C.J., WALLIS and MACIVER, JJ., concur.